IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS

| | |
|---|---|
| APRIL HALE, individually, LEN CLINE, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>TELADOC HEALTH, INC.,<br><br>                Defendant. | Case No. 7:20-cv-05245-VB |

**NOTICE OF DEFENDANT TELADOC HEALTH, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law dated August 20, 2020, the undersigned hereby moves this Court on behalf of Defendant Teladoc Health, Inc. before the Honorable Vincent L. Briccetti, in Courtroom 620 of the United States District Court for the Southern District of New York, Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601, for an order dismissing the Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(6), or in the alternative, staying the proceedings here pending resolution of potentially dispositive proceedings before the U.S. Supreme Court.

Dated: August 20, 2020

Respectfully submitted,

/s/ Andrew D. Prins
Matthew A. Brill (*pro hac vice*)
Andrew D. Prins (*pro hac vice*)
Nicholas L. Schlossman (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-3317
Email: matthew.brill@lw.com
andrew.prins@lw.com
nicholas.schlossman@lw.com

*Attorneys for Defendant Teladoc Health, Inc.*