UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
APRIL HALE, individually, and LEN CLINE,
individually and on behalf of all others
similarly situated,

                Plaintiffs,

    -against-

TELEDOC HEALTH, INC.,

                Defendant.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/2021
```

20 **CIVIL** 5245 (VB)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2021, defendant's motion to dismiss is GRANTED and the motion to stay is DENIED as moot; accordingly, this case is closed.

**Dated:** New York, New York

       March 25, 2021

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                            **BY:**

                                                                     **Deputy Clerk**